UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROBERT SAVOIE, ET AL.** | : | **CIVIL ACTION NO. 2:24-cv-00340** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **OCCIDENTAL PETROLEUM CORP, ET AL.** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 48] of the Magistrate Judge, recommending that the Motion to Remand [doc. 15] filed by plaintiff be granted and that the Motion for Attorney Fees by plaintiff be denied.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Motion to Remand [doc. 15] be **GRANTED** and the instant case be **REMANDED** to the 38th Judicial District Court for Cameron Parish, Louisiana.

**IT IS FURTHER ORDERED** the plaintiff's Motion for Attorney Fees [doc. 15] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 23rd day of April, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE